*Harold E. Orr* for appellant.

*Howard T. Saperston, Daniel N. McNaughton* and *Wilbur B. Grandison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARIE LARSEN, Appellant, *v.* JOHN LESTER, Respondent.

*Negligence — motor vehicles — passenger in automobile injured through overturning of car — complaint in action for injuries dismissed.*

*Larsen* v. *Lester*, 218 App. Div. 788, affirmed.

(Argued November 23, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1926, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while a passenger in an automobile, driven by defendant's brother, received the injuries complained of by reason of the overturning of the automobile.

*Maurice B. Gluck* and *Murray M. Kreindler* for appellant.

*George J. Stacy* and *James J. Mahoney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.